| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | SUZANNE B. MILES (CABN 242048)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200 |
| 7 | Facsimile: (415) 436-7234<br>Email: suzanne.miles@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 13-MJ-70291 |
| Plaintiff, | ) | |
| v. | ) | **MOTION AND [PROPOSED] ORDER FOR RELEASE** |
| PEDRO TZIU-AKE, | ) | |
| Material Witnesses. | ) | |

The government hereby moves for an order releasing Pedro Tziu-Ake from the custody of the United States Marshals Service.

Pedro Tziu-Ake was identified as a material witness in the matter of *United States v. Jeyser Ivan Tziu-Ake*, 13-CR-00170 RS. This Court issued a material witness arrest warrant, pursuant to Title 18, United States Code, section 3144, and an order to take a material witness deposition, in accord with Federal Rule of Criminal Procedure 15. Pedro Tziu-Ake was appointed counsel.

On March 21 and March 28, 2013, counsel for the government and for defendant Jeyser Tziu-Ake conducted a deposition of Pedro Tziu-Ake. Pedro Tziu-Ake was present and

MOTION AND [PROPOSED] ORDER FOR RELEASE
1

represented by counsel during those proceedings.

On March 29, 2013, Pedro Tziu-Ake and Jeyser Tziu-Ake, represented by respective counsel, appeared before this Court. All parties confirmed that no further deposition of Pedro Tziu-Ake is requested. The government, therefore, moves that the United States Marshals Service be ordered to release Pedro Tziu-Ake from custody. A detainer, filed by Immigration and Customs Enforcement, is lodged and pending. A copy of that detainer is attached to this motion.

Dated: March 29, 2013

Respectfully submitted,

MEDLINDA HAAG
United States Attorney

_____/s/_____
SUZANNE B. MILES
Assistant United States Attorney

13-mj-70291 MAG

# [PROPOSED] ORDER

Upon the representation of the government and defendant Jeyser Tziu-Ake that the deposition of material witness Pedro Tziu-Ake has been completed and no need remains for the continued custody of the witness, the Court hereby orders Pedro Tziu-Ake released from the custody of the United States Marshals Service.

Dated: 4/1/2013

HON. NATHANAEL COUSINS
United States Magistrate Judge

MOTION AND [PROPOSED] ORDER FOR RELEASE
3